*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
KING, GASTON, and BAKER
Appellate Military Judges

_____

**UNITED STATES**
Appellee

**v.**

**Joshua C. GREENE**
Private (E-1), U.S. Marine Corps
Appellant

**No. 202000003**

Decided: 12 May 2020

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Terrance J. Reese (arraignment)
Kyle Phillips (trial)

Sentence adjudged 10 September 2019 by a special court-martial convened at Marine Corps Base Camp Lejeune, North Carolina, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: confinement for 60 days[1] and a bad-conduct discharge.

For Appellant:
*Lieutenant Colonel Michael D. Berry, USMC*

For Appellee:
*Brian K. Keller, Esq.*

---

[1] The convening authority suspended confinement in excess of 30 days pursuant to a pretrial agreement.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Articles 59 and 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court